UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07CR119-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br> v. )<br>  )<br> JAMIE LIGATOR, )<br>  )<br>    Defendant )  | **ORDER GRANTING ADMISSION**<br>*PRO HAC VICE* |

**THIS MATTER** is before the Court on Defendant's "Unopposed Motion For Application To Practice *Pro Hac Vice"* of Hugo A. Rodriguez. The Motion is hereby **GRANTED.** To the extent Hugo A. Rodriguez asks for "special admission" without the benefit of local counsel, the motion is **DENIED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order. Counsel shall obtain local counsel within 30 days from the date of this Order.

Signed: August 24, 2009

David C. Keesler
United States Magistrate Judge